UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD CUPP,

        Plaintiff,

   v.

COUNTY OF SONOMA, et al.,

        Defendants.

Case No. 23-cv-01007-JST

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Cupp v. Smith*, No. 20-cv-03456-PJH.

**IT IS SO ORDERED.**

Dated: March 21, 2023



JON S. TIGAR
United States District Judge