

ERIC G. YOUNG, ESQ. (SBN 190104)
**YOUNG LAW GROUP**
2544 Cleveland Avenue, Suite 210
Santa Rosa, California 95403
Tel.:  707.343.0556
Fax:  707.327.4360
Email: eyoung@younglawca.com
E-Service: service@younglawca.com

Attorneys for Plaintiff
RONALD CUPP

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RONALD CUPP, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, a municipal corporation; TENNIS WICK, in his individual and official capacities; TYRA HARRINGTON, in her individual and official capacities; MARK FRANCESCHI, in his individual and official capacities; TODD HOFFMAN, in his individual and official capacities; JESSE CABLK, in his individual and official capacities; ANDREW SMITH, in his individual and official capacities; and DOES 1-50, inclusive.<br><br>　　　　Defendants. | CASE NO.: 4:23-cv-01007-JST<br><br>**STIPULATION OF PARTIES TO EXTEND TIME FOR FILLING OPPOSITION TO MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT**<br><br>Date: June 29, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Jon S. Tigar |

　　　　IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, to request that the Court extend the time for filing Plaintiff RONALD CUPP's opposition and response to Defendant COUNTY OF SONOMA's Motion to Dismiss Complaint (DOC 12) by one (1) day to April 20, 2023 by 5:00 p.m. This short extension is respectfully requested due to Plaintiff's counsel trial and deposition schedule, which has delayed and

---
STIPULATION OF PARTIES TO EXTEND TIME FOR FILLING OPPOSITION TO MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT
- 1

interfered with counsel's ability to complete Plaintiff's opposition and response to Defendant's Motion to Dismiss.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, through their respective counsel, to request that the Court also extend the time for filing Defendant COUNTY OF SONOMA's reply papers in support of the Motion to Dismiss Complaint.

Respectfully submitted,

Dated: April 19, 2023                    **YOUNG LAW GROUP**

By: */s/Eric G. Young, Esq.*
    ERIC G. YOUNG, ESQ., Attorneys for
    Plaintiff RONALD CUPP

Dated:  April 19, 2023                    ROBERT H. PITMANN, County Counsel

By:  /s/Joshua A. Myers
    Josh A. Myers
    Chief Deputy County Counsel
    Attorneys for Defendant COUNTY OF
    SONOMA

STIPULATION OF PARTIES TO EXTEND TIME FOR FILLING OPPOSITION TO MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT

- 2



# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, it is hereby ordered that Plaintiff RONALD CUPP's time for filing opposition and response papers to Defendant COUNTY OF SONOMA's Motion to Dismiss Complaint (DOC 12) is extended to April 20, 2023 by 5:00 p.m. Defendant COUNTY OF SONOMA's time for filing any reply papers in support of the Motion to Dismiss Complaint is also extended to April 27, 2023 by 5:00 p.m.

Dated: _____

_____
JUDGE JON S. TIGAR



STIPULATION OF PARTIES TO EXTEND TIME FOR FILING OPPOSITION TO MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT

- 3

# CERTIFICATE OF SERVICE

**Case Name: Cupp v County of Sonoma**
**Case Number:**

I am employed in the County of Sonoma, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2544 Cleveland Avenue, Santa Rosa, CA  95403.

On April 19, 2023, I served the following identified document(s):

**STIPULATION OF PARTIES TO EXTEND TIME FOR FILLING OPPOSITION TO MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT**

I served the document(s) on all interested parties as follows:

| Name of Party/Counsel Served: | Attorney For: |
|---|---|
| ROBERT H. PITTMAN County Counsel<br>MICHAEL A. KING<br>Deputy County Counsel<br>County of Sonoma<br>575 Administration Drive, Room 105A<br>Santa Rosa, California 95403<br>Telephone: (707) 565-2421<br>Facsimile: (707) 565-2624<br>E-mail: michael.king@sonoma-county.org<br>Megan.SaldanaSweeley@sonoma-county.org | Defendant COUNTY OF SONOMA |

I served the above-named documents as follows:

_____**BY FACSIMILE TRANSMISSION** - pursuant to agreement of the parties, from fax number (707) 520-7272 to the fax number(s) set forth above. The facsimile machine I used complied with Rule 2.301(3) and no error was reported by the machine. Pursuant to Rule 2.306(h)(4), I caused the machine to print a transmission record, a copy of which is attached.

_____**BY MAIL** -

_____By personally depositing the documents in a sealed envelope addressed as set forth above with the U.S. Postal Service, postage fully prepaid.

_____By placing documents enclosed in a sealed envelope addressed as set forth above for collection and mailing. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. In the ordinary course of my firm's business, correspondence is deposited with U.S. postal service on the same day it is placed for collection, postage fully prepaid.

_____**BY PERSONAL SERVICE** - by delivering a copy of the document(s) by hand to the addressee.

_____**BY EXPRESS SERVICE** - by depositing in a box or other facility regularly maintained by the express service carrier or delivering to an authorized courier or driver authorized by the express service

_____

- 1



carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

____x__ **BY ELECTRONIC TRANSMISSION** - By electronically serving the document(s) to the electronic mail address set forth below on this date before 11:59:59 p.m. pursuant to and consistent with Code of Civil Procedure §§1010.6(a)(2), (4), (5) and 1010.6(e).

_____I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

___x____I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 19, 2023                                             **YOUNG LAW GROUP**


                                                                 */S/Jackie Campbell*
                                                                 Jackie Campbell

_____

- 2

