ERIC G. YOUNG, ESQ. (SBN 190104)
**YOUNG LAW GROUP**
2544 Cleveland Avenue, Suite 210
Santa Rosa, California 95403
Tel.: 707.343.0556
Fax: 707.327.4360
Email: eyoung@younglawca.com
E-Service: service@younglawca.com

Attorneys for Plaintiff
RONALD CUPP

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RONALD CUPP, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, a municipal corporation; TENNIS WICK, in his individual and official capacities; TYRA HARRINGTON, in her individual and official capacities; MARK FRANCESCHI, in his individual and official capacities; TODD HOFFMAN, in his individual and official capacities; JESSE CABLK, in his individual and official capacities; ANDREW SMITH, in his individual and official capacities; and DOES 1-50, inclusive.<br><br>　　　　Defendants. | CASE NO.: 4:23-cv-01007-JST<br><br>**STIPULATION OF PARTIES TO EXTEND TIME FOR FILING OPPOSITION TO MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT**<br><br>Date: August 17, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Jon S. Tigar |

　　　　IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, to request that the Court extend the time for filing Plaintiff RONALD CUPP's opposition and response to the Motion to Dismiss Complaint (DOC 28) filed by Defendants TENNIS WICK, TYRA HARRINGTON, MARK FRANCESCHI, TODD HOFFMAN, JESSE CABLK, and ANDREW SMITH ("Defendants") up to and including 5:00 p.m. on June 1, 2023.



STIPULATION OF PARTIES TO EXTEND TIME FOR FILLING OPPOSITION TO MOTION TO DISMISS COMPLAINT AND REPLY TO OPPOSITION TO MOTION TO DISMISS COMPLAINT
- 1

This short extension is respectfully requested due to Plaintiff's counsel's trial and deposition schedule, which has been delayed and interfered with counsel's ability to complete Plaintiff's opposition and response to Defendant's Motion to Dismiss. In addition, Plaintiff's counsel has an extensive filing in a complex medical malpractice matter that is due on May 31, 2023, which has interfered with counsel's ability to complete the opposition in this matter by May 30, 2023.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, through their respective counsel, to respectfully request that the Court also extend the time for filing Defendants' reply papers in support of the Motion to Dismiss Complaint by an additional two (2) court days.

    **IT IS SO STIPULATED.**

                                        Respectfully submitted,

Dated: May 30, 2023                        **YOUNG LAW GROUP**

                                        By: */s/Eric G. Young, Esq.*
                                            ERIC G. YOUNG, ESQ., Attorneys for
                                            Plaintiff RONALD CUPP

Dated:  May 30, 2023                       ROBERT H. PITMANN, County Counsel

                                        By:  */s/Joshua A. Myers, Esq.*
                                          Joshua A. Myers
                                          Chief Deputy County Counsel
                                          Attorneys for Defendant COUNTY OF
                                          SONOMA



**[PROPOSED] ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that Plaintiff RONALD CUPP's time for filing opposition and response papers to Defendants TENNIS WICK, TYRA HARRINGTON, MARK FRANCESCHI, TODD HOFFMAN, JESSE CABLK, and ANDREW SMITH's Motion to Dismiss Complaint (DOC 28) is extended to June 1, 2023 by 5:00 p.m. Defendants TENNIS WICK, TYRA HARRINGTON, MARK FRANCESCHI, TODD HOFFMAN, JESSE CABLK, and ANDREW SMITH's time for filing any reply papers in support of the Motion to Dismiss Complaint is also extended an additional two court days by 5:00 p.m.

Dated: _____

_____
HON. JON S. TIGAR
U.S. District Court Judge
Northern District Court of California

