ERIC G. YOUNG, ESQ. (SBN 190104)
**YOUNG LAW GROUP**
2544 Cleveland Avenue, Suite 210
Santa Rosa, California 95403
Tel.:  707.343.0556
Fax:  707.327.4360
Email: eyoung@younglawca.com
E-Service: service@younglawca.com

Attorneys for Plaintiff
RONALD CUPP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| RONALD CUPP<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, et al,<br><br>Defendants. | CASE NO.:<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS [DOC 31]**<br><br>Date: August 17, 2023<br>Time: 2:00 p.m.<br>Location: Courtroom 6; 2nd Floor<br>Judge: Hon. Jon S. Tigar |

## <u>NOTICE OF ERRATA</u>

Plaintiff RONALD CUPP ("Plaintiff") hereby respectfully submits this Notice of

Errata to Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss

("Opposition") [DOC 31], which was filed on June 1, 2023, in order to correct an

inadvertent clerical error. On endorsed-filed page 11 (page number 5 in the Opposition),

lines 6-8, the Opposition stated as follows:

> "In effect, the Board of Supervisors deleted the authority to "bypass the
>
> administrative process" and proceed directly to lawsuits and other punitive
>
> measures against property owners."

_____
NOTICE OF ERRATA TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTION TO DISMISS [DOC 31] - 1



In fact, the Opposition should have stated as follows:

> In effect, the Board of Supervisors delegated their authority to "bypass the administrative process" and proceed directly to lawsuits and other punitive measures against property owners."

Plaintiff respectfully requests the Court consider the Opposition in accordance with this change. Plaintiff makes no other changes to the Opposition.

Dated: June 6, 2023                    **YOUNG LAW GROUP**

By: _____
ERIC G. YOUNG, ESQ., Attorneys for
Plaintiff RONALD CUPP