ROBERT H. PITTMAN #172154
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: michael.king@sonoma-county.org

Attorneys for Defendant
COUNTY OF SONOMA
TENNIS WICK, TYRA HARRINGTON,
MARK FRANCESCHI, TODD HOFFMAN,
JESSE CABLK and ANDREW SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, a municipal corporation; et al.<br><br>Defendants.<br>_____/ | **Case No. 4:23-cv-01007**<br><br>**SUPPLEMENTAL REQUEST TO TAKE JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: 08/17/23<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Jon S. Tigar |

This Supplemental Request for Judicial Notice is brought by Defendants TENNIS WICK, TYRA HARRINGTON, MARK FRANCESCHI, TODD HOFFMAN, JESSE CABLK AND ANDREW SMITH, ("Defendants") in connection with their Motion to Dismiss Complaint, being filed concurrently herewith, which is noticed for hearing on August 17, 2023. In this request, Defendants ask the Court to take judicial notice of the facts and documents identified below pursuant to Federal Rule of Evidence 201, as such

1 | facts are not subject to reasonable dispute herein and are capable of accurate and ready
2 | determination by resorting to sources whose accuracy cannot reasonably be questioned.
3 |     Pursuant to this authority, Defendants seek judicial notice of the document
4 | described below and attached hereto:
5 |     11.  Quitclaim Deed transferring property from Federal National Mortgage
6 |          Association to Ronald Cupp, recorded on February 25, 2019.

Dated: June 8, 2023                ROBERT H. PITTMAN, County Counsel

                                   By: /s/ *Michael A. King*
                                        Michael A. King
                                        Attorneys for Tennis Wick, Tyra
                                        Harrington, Mark Franceschi, Todd
                                        Hoffman, Jesse Cablk, and Andrew
                                        Smith

EXHIBIT 11

**2019013843**

Official Records of Sonoma County
Deva Marie Proto
02/25/2019 10:49 AM
NEXTITLE - CALIFORNIA

DEED 2 Pgs

Fee: $27.00
County Tax: $338.25
City Tax: $616.00



RECORDING REQUESTED BY
NexTitle, A Title and Escrow Co.

MAIL TAX STATEMENTS AND
WHEN RECORDED MAIL TO:
Ronald Cupp
150 Raley Town Center Dr. Ste 2512
Rohnert Park, CA 94928

Order No.: NXCA-0309829
Escrow No.: NXCA-0309829

APN: 134-251-063-000

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## QUITCLAIM DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):   DOCUMENTARY TRANSFER TAX IS: $338.25 City $616.00

__x__ Computed on full value of property conveyed, or
____ Computed on full value less value of liens or encumbrances remaining at time of sale.
____ Unincorporated area X City of Santa Rosa

For valuable consideration, receipt of which is hereby acknowledged,

Federal National Mortgage Association

hereby GRANT(S) to

Ronald Cupp, an unmarried man

the real property situated in the County of Sonoma, State of California, more particularly described as follows:

**For legal description of the real property herein, see Exhibit A attached hereto and made part hereof.**

Dated: 2-20-19

Federal National Mortgage Association

By: _Trent Morrison_

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF __TX__
COUNTY OF __Collin__    ) SS.

On __2/20/19__ before me, __Christopher Lee Milligan__, Notary Public, personally appeared __Trent Morrison__
who proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

CHRISTOPHER LEE MILLIGAN
Notary Public, State of Texas
Comm. Expires 08-06-2022
Notary ID 131671341

**EXHIBIT A**

MAIL TAX STATEMENTS AS DIRECTED ABOVE

SMITH-000047

APN: 134-251-063-000

## Exhibit A

FARMS 234, 235 AND 236, AS NUMBERED AND DESIGNATED UPON THE PLAN OF SUBDIVISION OF SANTA ROSA FARMS NO. 3, SONOMA COUNTY, CALIFORNIA, RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SONOMA COUNTY, CALIFORNIA, ON OCTOBER 9, 1911 IN LIBER 26 OF MAPS, PAGE 15.

ALSO, THAT PART OF LOT 232, DESCRIBED AS COMMENCING AT THE SOUTHWESTERLY CORNER OF SAID LOT; THENCE NORTH 1 DEGREE 31' WEST, ALONG THE DIVIDING LINE BETWEEN LOTS 232, 234 AND 235, A DISTANCE OF 677.87 FEET TO THE SOUTHERLY LINE OF THAT CERTAIN TRACT UNDER AGREEMENT OF SALE MADE BY HARVEY W. BURSON AND BERTHA LILLIAN BODE, BY AGREEMENT DATED AUGUST 30, 1934 AND RECORDED IN LIBER 368 OF OFFICIAL RECORDS, PAGE 265; THENCE ALONG THE SOUTHERLY LINE OF SAID BODE, NORTH 89 DEGREES 28' EAST, 9 FEET; THENCE SOUTH 1 DEGREE 31' EAST, 677.98 FEET TO THE SOUTHERLY LINE OF LOT 232; THENCE ALONG THE SOUTHERLY LINE OF SAID LOT SOUTH 89 DEGREES 28' WEST, 9 FEET TO THE POINT OF COMMENCEMENT.

EXCEPTING THEREFROM THAT PORTION CONTAINED IN THE DEED FROM WARREN T. PRITCHARD AND DOROTHY L. PRITCHARD, HIS WIFE, TO PETER A. ZARINS, A MARRIED MAN AND JOHN T. ZARINS, AN UNMARRIED MAN, DATED FEBRUARY 1, 1965 AND RECORDED FEBRUARY 24, 1965 IN LIBER 2109 OF OFFICIAL RECORDS, PAGE 923, RECORDER'S SERIAL NO. J-31630, SONOMA COUNTY RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION CONTAINED IN THE DEED FROM WARREN T. PRITCHARD AND DOROTHY L. PRITCHARD, HIS WIFE, TO EDWARD W. HARTGENBUSH AND MARVIN SOLLAND, TRUSTEES FOR DECILLION ASSOCIATES, DATED FEBRUARY 10, 1965 AND RECORDED MARCH 15, 1965 IN LIBER 2114 OF OFFICIAL RECORDS, PAGE 19, RECORDER'S SERIAL NO. J-34327, SONOMA COUNTY RECORDS.

ALSO EXCEPTING THAT PORTION OF FARMS 234 AND 232, AS DELINEATED UPON "PLAN OF SUBDIVISION OF SANTA ROSA FARMS NO. 3, RECORDED OCTOBER 9, 1911 IN LIBER 26 OF MAPS, PAGE 15, SONOMA COUNTY RECORDS, PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

BEGINNING AT A POINT ON THE WESTERLY POINT OF SAID FARM NO. 234, DISTANT THEREON 303.00 FEET NORTHERLY FROM THE SOUTHWEST CORNER OF FARM 234; THENCE SOUTHERLY ALONG SAID WESTERLY LINE 303.00 FEET TO SAID SOUTHWEST CORNER; THENCE EASTERLY ALONG THE SOUTH-SOUTHERLY CORNER COMMON TO SAID FARMS 234 AND 232; THENCE ALONG THE SOUTHERLY LINE OF SAID FARM 232, NORTH 89 DEGREES 28' EAST, 9 FEET; THENCE NORTH 1 DEGREE 31' WEST, 303.00 FEET; THENCE WESTERLY IN A DIRECT LINE 659.76 FEET MORE OR LESS, TO SAID POINT OF BEGINNING.



SMITH-000048