UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 23-cv-01007-JST<br><br>**ORDER TO EXTEND TIME**<br>Re: ECF No. 44 |

The parties submitted a stipulation to amend the case management conference order to extend time for Plaintiff to amend the complaint. Pursuant to the stipulation, Plaintiff's counsel shall have until December 11, 2023, to submit a proposed amended complaint to Defendants' counsel. Counsel are ordered to meet and confer as promptly as possible after December 11, 2023 to determine whether a stipulation for leave to file the amended complaint can be reached, or whether a motion for leave will be required. Either a stipulation or a motion shall be filed by Plaintiff's counsel on or before January 8, 2024.

The Case Management Conference presently set for February 13, 2024, is continued to April 23, 2024.

**IT IS SO ORDERED.**

Dated: November 27, 2024

_____
JON S. TIGAR
United States District Judge