| | |
|---|---|
| 1 | ROBERT H. PITTMAN #172154 |
| | County Counsel |
| 2 | MICHAEL A. KING #77014 |
| | Deputy County Counsel |
| 3 | County of Sonoma |
| | 575 Administration Drive, Room 105A |
| 4 | Santa Rosa, California 95403 |
| | Telephone: (707) 565-2421 |
| 5 | Facsimile: (707) 565-2624 |
| | E-mail: michael.king@sonoma-county.org |

Attorneys for Defendant
COUNTY OF SONOMA, et al.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, an individual | **Case No. 4:23-cv-01007** |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| COUNTY OF SONOMA, a municipal corporation; TENNIS WICK, in his individual and official capacities; TYRA HARRINGTON, in her individual and official capacities; TODD HOFFMAN, in his individual and official capacities; JESSE CABLK, in his individual and official capacities; DOES 1-50, inclusive | |
| Defendants. | |

Plaintiff Ronald Cupp and Defendants County of Sonoma, Tennis Wick, Tyra Harrington, Todd Hoffman, and Jesse Cablk ["County Defendants'"], the parties in this action, through their undersigned counsel of record hereby stipulate to continue the Initial Case Management Conference from June 6, 2024, to June 11, 2024 **OR** June 18, 2024 at 2:00 p.m.

**Reason for Continuance**.

Trial counsel for Defendants is unavailable on June 6, 2024, due to pre-planned travel and back-up counsel are unavailable due to other court appearances.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1. The Initial Case Management Conference currently set for June 6, 2024, be continued to June 11 **OR** June 18, 2024.

**SO STIPULATED:**

Dated May 30, 2024                **LAW OFFICES OF ERIC G. YOUNG**

By: *Eric G. Young*
     Eric G. Young,
     Attorneys for Plaintiff
     RONALD CUPP

Dated: May 30, 2024               **ROBERT H. PITTMAN, County Counsel**

By: *Michael A. King*
     MICHAEL A. KING
     Deputy County Counsel
     Attorneys for Defendant

**ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED**, that the Initial Case Management Conference currently set for June 6, 2024, is hereby continued to June ___, 2024 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: _____

_____
JON S. TIGAR
United States District Judge