```
ROBERT H. PITTMAN #172154
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: michael.king@sonoma-county.org

Attorneys for Defendant
COUNTY OF SONOMA, et al.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, a municipal corporation; TENNIS WICK, in his individual and official capacities; TYRA HARRINGTON, in her individual and official capacities; TODD HOFFMAN, in his individual and official capacities; JESSE CABLK, in his individual and official capacities; DOES 1-50, inclusive<br><br>Defendants.<br>_____ / | **Case No. 4:23-cv-01007-JST**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Ronald Cupp and Defendants County of Sonoma, Tennis Wick, Tyra Harrington, Todd Hoffman, and Jesse Cablk ["County Defendants'"], the parties in this action, through their undersigned counsel of record hereby stipulate to continue the Initial Case Management Conference from June 6, 2024, to June 11, 2024 **OR** June 18, 2024 at 2:00 p.m.

**Reason for Continuance**.

Trial counsel for Defendants is unavailable on June 6, 2024, due to pre-planned travel and back-up counsel are unavailable due to other court appearances.

Now, therefore, **IT IS HEREBY STIPULATED** by and between all the parties to this action as follows:

1. The Initial Case Management Conference currently set for June 6, 2024, be continued to June 11 **OR** June 18, 2024.

**SO STIPULATED:**

Dated May 30, 2024        **LAW OFFICES OF ERIC G. YOUNG**

By: *Eric G. Young*
    Eric G. Young,
    Attorneys for Plaintiff
    RONALD CUPP

Dated:  May 30, 2024        **ROBERT H. PITTMAN, County Counsel**

By: *Michael A. King*
    MICHAEL A. KING
    Deputy County Counsel
    Attorneys for Defendant

# ORDER

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED**, that the Initial Case Management Conference currently set for June 6, 2024, is hereby continued to June 20, 2024 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED:  May 31, 2024

_____
JON S. TIGAR
United States District Judge