United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD CUPP,

        Plaintiff,

v.

COUNTY OF SONOMA, et al.,

        Defendants.

Case No. 23-cv-01007-JST

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Because Defendants' motion to dismiss remains under submission, the case management conference scheduled for January 14, 2025 is continued to March 25, 2025 at 2:00 p.m. An updated case management statement is due March 18, 2025.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_____
JON S. TIGAR
United States District Judge