UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

|  |  |
|---|---|
| RONALD CUPP,<br><br>                Plaintiff,<br><br>      v.<br><br>COUNTY OF SONOMA, et al.,<br><br>                Defendants. | Case No. 23-cv-01007-JST (RMI)<br><br>**ORDER ON DEFENDANTS' MOTION TO COMPEL AND MOTION FOR SANCTIONS**<br><br>Re: Dkt. Nos. 99, 102 |

Now pending before the court are Defendants' Motion to Compel and Motion for Sanctions. (Dkts. 99 & 102.) Defendants ask the court to compel Plaintiff to (1) appear at a deposition, (2) respond without objection to Defendants' Requests for Admission ("RFAs") 1–10, (3) respond without objection to Defendant Sonoma County's RFAs 4–6, and (4) produce documents responsive to Defendants' Requests for Production. (Def.'s Mot. Compel, Dkt. 99, at 5–7.) As for sanctions, Defendants ask the court to order Plaintiff and his counsel to pay their reasonable fees and expenses incurred due to "the late cancellation of Plaintiff's deposition, the refusal and failure to comply with the agreed amended/supplemental discovery responses, the failure to produce documents requested at the deposition and by Request for Production of Documents, Defendants' attempts at informal resolution, and bringing the Motion to Compel and this Motion for Sanctions." (Def.'s Mot. Sanctions, Dkt. 102, at 1.) Defendants submitted the invoices for the costs associated with Plaintiff's scheduled deposition that was canceled by Plaintiff's counsel two hours before the scheduled start time, and Defendants' counsel provided a billing sheet for 28.5 hours of work at $323.00 an hour. (Exs. 2 & 3, Dkt. 102-1, at 6–12.)

       Plaintiff did not file a response or objection to either Motion. With no response to consider,

United States District Court
Northern District of California

Defendants have shown good cause and the Motion to Compel is **GRANTED**. Within ten (10) days of this order, Plaintiff is **ORDERED** to do the following:

1. Appear for his deposition in person at a date, time, and location in Santa Rosa, CA, chosen by counsel for Defendants, within ten (10) days of this Order;

2. Produce at or before the deposition all documents in his possession that are set out in the three Notices of Plaintiff's Deposition that were served on Plaintiff's counsel;

3. Provide further responses without objection to Defendant County of Sonoma's Requests for Admission 4, 5, and 6;

4. Provide further responses without objection to Defendants Hoffman and Cablk's Requests for Admission 1 through 10; and

5. Provide further responses without objection to Defendants' Request for Production of Documents, and produce copies of all responsive documents, records, or writings.

Further, pursuant to Rule 37(a)(5)(A) and for good cause shown, Defendants' Motion for Sanctions is **GRANTED**. The court finds that Defendants' counsel's billed hours are reasonable and are associated only with tasks related to the Motion to Compel, the canceled deposition, and the repeated attempts at obtaining discovery. Plaintiff did not object to the requested hourly rate of $323.00, and the court finds that this rate is within the range of prevailing hourly rates for this district. As such, Plaintiff and/or Plaintiff's counsel is **ORDERED** to pay Defendants $1,044.00 in costs and $9,286.25 in attorney fees associated with the canceled deposition and unsuccessful attempts at providing adequate discovery such that Defendants filed the instant motions.

**IT IS SO ORDERED.**

Dated: February 25, 2026

ROBERT M. ILLMAN
United States Magistrate Judge