JOSHUA A. MYERS #250988
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
E-mail: michael.king@sonoma-county.org

Attorneys for Defendants
COUNTY OF SONOMA,
TODD HOFFMAN, JESSE CABLK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, et al.;<br><br>    Defendants.<br>_____ / | Case No. 4:23-cv-01007<br><br>DECLARATION OF MICHAEL KING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Rule 56<br><br>Date:  May 21, 2026<br>Time: 2:00 p.m.<br>Courtroom: 6, 2nd Floor<br>Judge: Jon S. Tigar |

I, Michael King, declare as follows:

1.      The matters set forth herein are based on my personal knowledge and if called to testify in this matter, I could and would competently testify thereto.

2.      I am one of the attorneys for Defendants County of Sonoma, Todd Hoffman, and Jesse Cablk.  I am familiar with Plaintiff Ronald Cupp since I represented various County Defendants, including Andrew Smith in *Cupp v. Smith*, U.S. District Ct., N.D. Cal., Case No. 20-cv-03456 PJH. Mr. Cupp initially represented himself. That case was dismissed with prejudice and Judgment was entered for Defendant Smith on March 30, 2023.

3. I also have been representing the County of Sonoma in the abatement action against Ronald Cupp for several years, Sonoma County Superior Court Case No. *SCV-273578*. Mr. Cupp initially represented himself in that case as well. Trial was held in that case on October 14 and 15, 2025. The Final Statement of Decision was recently served after counsel for Mr. Cupp objected to prior proposed Statements. The County is preparing Judgment based upon that ruling per the Court's Order.

4. I took the deposition of Antonio Cruz on December 9, 2025. I took the deposition of Gennaro Piccione on December 16, 2025. I made numerous attempts to obtain the deposition of Ronald Cupp. Plaintiff appeared for his deposition on December 4, 2025, but his attorney cancelled the deposition that morning.

5. Defendants were forced to file a Motion to Compel discovery including the deposition. Even after the Honorable Robert M. Illman issued an order compelling the deposition (Dkt. #106). The deposition of Ronald Cupp was finally commenced on Monday March 9, 2026.

6. Attached to the Evidence List filed concurrently with this Declaration are true and correct copies of:

Exhibit 1:   Photographs of cannabis cultivation at 4656 Arlington Ave, Santa Rosa, CA; taken on June 1, 2022. (verified by Jesse Cablk).

Exhibit 2:   "Comments" note by Todd Hoffman for June 1, 2022 inspection of 4656 Arlington Ave., Santa Rosa. (verified by Jesse Cablk).

Exhibit 3:   Google Earth image with notations for drone flight on June 1, 2022. Prepared by Jesse Cablk to illustrate the starting point for that flight, the route taken, and the location of the photographs of 4656 Arlington Ave. (verified by Jesse Cablk).

Exhibit 4:   Deposition of Antonio Cruz (12/9/25), pp. 29-30, 35-38, 50-51. 81-82, 89-90.

Exhibit 5:   Video taken by Antonio Cruz; Cruz deposition exhibit 5.

Exhibit 6:   Deposition of Gennaro Piccione (12/16/25), pp. 51, 54, 62-70.

1       Exhibit 7:    Permit Sonoma UAS (drone) policy in effect in June 2022. (verified by Jesse Cablk).

      Exhibit 8    "Comments" note by Todd Hoffman for March through July 2022 including a consent status inspection of 4640 Arlington Ave., Santa Rosa on July 8, 2022. (verified by Jesse Cablk).

      Exhibit 9:    Statement of Decision and Administrative Order pertaining to 4640 Arlington Ave., dated 2/11/2021. Admitted into evidence at October trial in Sonoma County Superior Court, SCV-273578.

      Exhibit 10:    Order Denying Application for TRO and Motion for Preliminary Injunction in Case No. 20-cv-03456, ECF 29.

      Exhibit 11:    Order Granting Motion to Dismiss in part; Case No. 20-cv-03456, filed 2/17/2021, Dkt. No. 57.

      Exhibit 12:    Order of Dismissal with Prejudice and Judgment in Case No. 20-cv-03456, filed 3/30/2023, Dkt. Nos. 145 and 146.

      Exhibit 13:    Final Statement of Decision and Judgment; Sonoma Superior Court, Case No. SCV-273578; filed on 3/4/2026.

      Exhibit 14:    Claim Against County of Sonoma; Rejection of Claim; Amended Claim. Attached as Exhibits A, B, and C to First Amended Complaint, Dkt. No. 49-1.

      Exhibit 15:    Deposition of Ronald Cupp (3/9/2026), pp. 55, 98-102, 105-106, 109-112, 113-114, 117.    .

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 11, 2026 in Santa Rosa, California.

                           *Michael A. King*
                           _____
                           Michael A. King