JOSHUA A. MYERS #250988
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
E-mail: michael.king@sonomacounty.gov

Attorneys for Defendants
COUNTY OF SONOMA,
TODD HOFFMAN, JESSE CABLK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND COURTHOUSE

| | |
|---|---|
| RONALD CUPP,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, et al;<br><br>    Defendants.<br>_____ / | Case No. 4:23-cv-01007<br><br>DECLARATION OF TODD HOFFMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Rule 56<br><br>Date:<br>Time: .<br>Courtroom: 6, 2nd Floor<br>Judge: Jon S. Tigar |

I, Todd Hoffman, declare as follows:

1.     The matters set forth herein are based on my personal knowledge and if called to testify in this matter, I could and would competently testify thereto.

2.     Between November 2018 and May 2025, I was employed as Senior Code Enforcement Inspector with the County of Sonoma ("County"), Permit and Resource Management Department ("Permit Sonoma"), Code Enforcement Division. I was responsible for investigating the existence and abatement of violations of regulations set forth in the Sonoma County Code ("SCC"), for building, zoning, grading, and well and septic use of real property within the

1  unincorporated area of Sonoma County.  In that capacity, I was familiar with
2  investigative techniques used to gather and document evidence to support and code
3  violation determinations.
4  3.   Prior to my employment with the County of Sonoma, I had extensive
5  background, training, and experience in law enforcement; including investigation
6  techniques and guidelines. I had regular training though the Commission on Peace
7  Officer Standards and Training ("POST"), which included at times, training on
8  contact with people and entry onto private and public property.
9  4.   After an inspection of the Cupp property on July 30, 2020, I was more
10 directly involved with working with the owner or his consultants to abate the
11 violations with Mr. Cupp.  I also happened to be the lead inspector investigating
12 unpermitted cannabis violations at the neighboring property at 4656 Arlington
13 Ave.
14 5.   In order to provide this Declaration, I reviewed Permit Sonoma
15 "Comments" for 4640 Arlington Ave, Santa Rosa, and for 4656 Arlington Ave,
16 Santa Rosa, CA.  There is no record of any use of an small Unmanned Aerial
17 System ("sUAS") or drone, to conduct an inspection of 4640 Arlington Avenue,
18 from 2021 to October 2025.  To my knowledge, no one employed with or
19 contracting with Permit Sonoma, conducted any inspection of 4640 Arlington Ave
20 with a UAS, on June 1, 2022, or any time in 2023.
21 6.   In 2019, Permit Sonoma Code Enforcement started using small Unmanned
22 Aerial Systems (sUAS), commonly referred to as drones.  A policy was developed
23 for use of the drones, in consultation with County Counsel. Eventually, the Code
24 Enforcement Division acquired a drone and some inspectors received detailed
25 training how to fly the sUAS both physically and in compliance with the policy,
26 existing law, and FAA regulations.  I received the training and reviewed the policy
27 for sUAS use, and became a FAA certified sUAS pilot.
28

7. When I investigated a property for potential code violations, I would decide what manner of inspection to undertake: either contact owner or occupant to inspect, take photographs from street or open areas, preliminary inspection from Google Earth or drone images, etc. I would then arrange for assistance of another inspector as needed.

8. On June 1, 2022, I was lead investigator and arranged for the inspection of 4656 Arlington Ave. I acted as an observer and spotter for Senior Inspector Jesse Cablk who operated a drone in conjunction with inspection of 4656 Arlington, which is a neighboring property (adjacent to south of the Cupp property). As can be seen by the photographs taken that day, the property in question had two (2) large greenhouse frames, each containing approximately 250 cannabis plants. We did not inspect or investigate 4640 Arlington Ave. on that date.

9. We were situated on the Sonoma County Water Agency trail southwest of the Cupp property. To better observe 4656 Arlington Ave, the drone was flown along the trail and over public roads to reach our vantage point on Millbrae Ave. A small portion of the Cupp property is included in one photograph of the property we were investigating. No other aerial images taken that day include any portion of the Cupp property. The drone never came close to any buildings on either the Cupp property or 4656 Arlington Ave.

10. As can be seen from the photographs of 4656 Arlington Ave., they were taken from a great distance from the cannabis greenhouses. My estimate of the height of the UAS from the photographs and my best recollection, is at least 400 feet above ground, which is both consistent the FAA guidelines and departmental policy. My job as observer is to ensure there are no physical obstructions in the drone's path, and no deviations in height from 400 feet above ground due to topographic changes in terrain.

11. I have observed a video of a drone that I understand was taken on June 1, 2022, from the single family dwelling at 4640 Arlington Ave. The drone remains

1  at a very elevated level the entire time, although it is difficult to say how far away it
2  is; the camera recording it had difficulty focusing on it.  It is also clear from the
3  angle of the phone camera when raised and lowered, that the drone is not flying
4  directly over the photographer or any structures presented in the video.  It is some
5  distance away, which is easily explained by the fact that Inspector Cablk was not
6  flying the drone above the Cupp Property or any building on it, as it was not the
7  target of the inspection.

8     12.   I also reviewed the pages of the deposition of the witness Gennaro
9  Piccione, describing the drone he observed.  He does not describe a drone owned or
10 used by Permit Sonoma Code Enforcement.

11   I declare under penalty of perjury under the laws of the State of California that the
12 foregoing is true and correct.
13   Executed on March__11__, 2026 in Helena, Montana.

15          _Todd Hoffman_
16          Todd Hoffman