JOSHUA A. MYERS #250988
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
E-mail: michael.king@sonomacounty.gov

Attorneys for Defendants
COUNTY OF SONOMA,
TODD HOFFMAN, JESSE CABLK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-OAKLAND COURTHOUSE

| | |
|---|---|
| RONALD CUPP,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, et al;<br><br>Defendants.<br>_____ / | Case No. 4:23-cv-01007<br><br>DECLARATION OF JESSE CABLK IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR FOR PARTIAL SUMMARY JUDGMENT<br><br>Rule 56<br><br>Date:<br>Time: .<br>Courtroom: 6, 2nd Floor<br>Judge: Jon S. Tigar |

I, Jesse Cablk, declare as follows:

1. The matters set forth herein are based on my personal knowledge and if called to testify in this matter, I could and would competently testify thereto.

2. I am employed as the Code Enforcement Division Manager with the County of Sonoma ("County"), Permit and Resource Management Department ("PRMD" or "Permit Sonoma"), in the Code Enforcement Division. I have been employed by Permit Sonoma, since July 2017. In June 2022, I was a Senior Code Enforcement Inspector responsible for investigating the existence and abatement of violations of regulations set forth in the Sonoma County Code ("SCC"), for building, zoning, grading,

1  and well and septic use of real property within the unincorporated area of Sonoma
2  County.
3      3.   Prior to Permit Sonoma, I was employed as a Park Ranger II for the County
4  of Sonoma Regional Parks for eleven (11) years. I have received POST (Peace Officer
5  Standards and Training) certification for 832 PC (Arrest, Search and Seizure). I have
6  attended the Park Ranger Law Enforcement Academy at the Santa Rosa Junior College
7  Public Safety Training Center. I am also an ICC (International Code Council) certified
8  Residential Building Inspector and CACEO (California Association of Code Enforcement
9  Officers) certified Code Enforcement Officer. I have considerable experience in
10 investigating complaints for violations of Sonoma County Codes and other regulations as
11 a Park Ranger and as part of my current daily duties as a Code Enforcement Inspector. I
12 am familiar with investigative techniques used to gather and document evidence to
13 support and violation determinations.
14     4.   In 2019, Permit Sonoma Code Enforcement started using Unmanned Aerial
15 Systems ("UAS"), commonly referred to as drones. A policy was developed for use of
16 the drones, in consultation with County Counsel. (Exhibit No. 7.) Initial investigations
17 pursuant to this policy were performed by Cinquini and Passarino, a land surveying
18 company. Eventually, the Code Enforcement Division acquired a drone and some
19 inspectors received detailed training how to fly the UAS both physically and in
20 compliance with the policy, existing law, and FAA regulations. I received the training
21 and reviewed the policy for UAS use.
22     5.   I reviewed the Permit Sonoma Code Enforcement file for the Property
23 owned by Ronald Cupp at 4640 Arlington Ave, Santa Rosa, in preparation for this
24 Declaration. No Permit Sonoma Code Enforcement UAS ("drone") did an investigation
25 pertaining to 4640 Arlington Ave. on June 1, 2022. I also reviewed our drone flight logs.
26 The only drone inspections of 4640 Arlington Ave. were February 5 and 6, 2020 and
27 March 11, 2020. I did not operate the drone on those dates, and I did not initiate the
28 property inspection.

6. On June 1, 2022, I operated a drone in conjunction with an inspection of a neighboring property at 4656 Arlington Ave. This inspection was conducted as part of an inspector's regular duties, with the location of properties to inspect, the route to travel to reach the property, the height to fly above 400 ft., the vantage point from which to inspect or take any images, whether to take photographs or not; were all in our discretion.

7. On June 1, 2022, photographs were taken and then downloaded by Inspector Hoffman into the Code Enforcement file for that property. Copies of representative photographs are attached to the Exhibit List as Exhibit No. 1. As can be seen by the photographs, 4656 Arlington Ave. had 2 large greenhouse frames, each containing about 250 cannabis plants. Inspector Todd Hoffman accompanied me as a spotter and observer. He was primarily responsible for determination of any violations for 4656 Arlington Ave.

8. Inspector Hoffman and I were located on the Sonoma County Water Agency trail south of the Cupp property (along Laguna de Santa Rosa), as much as 3,000 feet from the Cupp property. I have obtained an image from Google Earth[1] and placed a yellow marker of Exhibit No. 3 in the lower left corner showing the approximate origin of the flight. After flying over empty farmland to reach Wilfred Ave., the drone went east to Stony Point Road, north to Millbrae Ave (north of the Cupp property) and hovered over the area where I placed another yellow marker, in order to take photographs of 4656 Arlington Ave. It may have flown briefly over the empty lot north of Cupp's property. Taking this route, I never crossed the Cupp property line in the air. My attention was solely on 4656 Arlington Ave. at that time.

9. I was flying at least 400 feet in the air above the ground, and at least 150-500 feet away from any buildings on Cupp's property. A small portion of the Cupp property is included in one photograph of the neighboring property. The drone never came close to any buildings on either the Cupp property or 4656 Arlington Ave.

---

[1] This image is dated February 25, 2021 by Google. It should be adjustable allowing magnification for clearer viewing.

10. As can be seen from the photographs, they were taken from a great distance from the cannabis greenhouses, although some of the images were magnified. The drone never flew lower than 400 feet above the Water Agency trail, road surface or vacant lots, except to ascend or descend.

11. I have observed a video of a drone (Exhibit No. 5) that I understand was taken on June 1, 2022, from the single family dwelling at 4640 Arlington Ave. The drone remains at a very elevated level the entire time, although it is difficult to say how far away it is from the videographer, since the drone is barely visible. It is also clear from the angle of the phone camera when raised and lowered, that the drone is not flying over the single family dwelling. The great distance of the drone from the videographer is probably explained by the fact that the drone I operated was flying directly over vacant lots, or Millbrae Ave. and the Water Agency trail.

12. I understand that a witness claims that he saw a drone flying over the Cupp property in March 2023. I researched the Code Enforcement files for any violations on Arlington Ave, Santa Rosa that were inspected between January 1, 2021 through January 1, 2024. The only properties on Arlington Ave. that were involved with inspection or abatement of any violations during that time frame, were the Cupp property at 4640 Arlington Ave., and the property at 4656 Arlington Ave, which was the subject of the UAS flight on June 1, 2022. The only use by a drone for any inspection of Arlington Ave. property by Code Enforcement during those dates, was the June 1, 2022 drone flight, inspecting 4656 Arlington.

13. I also reviewed the pages of the deposition of Gennaro Piccione, in which he describes the drone he saw in March 2023, pp. 62-68 of the Deposition of Gennaro Piccione. He does not describe a drone owned by Code Enforcement, nor is there any record of a flight by Code Enforcement in that area in that month.

14. Exhibits 1, 2, 7, 8, 9, and 10, are true and correct copies of records maintained in the ordinary course of business of Permit Sonoma, Code Enforcement Division I prepared Exhibit No. 3 to illustrate the path taken by the drone on June 1,

2022. or they were prepared by me for use as Exhibits. The "Comments" notes (Exhibit No. 2 and 8) are entered into the computer the day of activity or as soon thereafter as possible. They continue to be maintained as business records, along with other documents or records pertaining to violations at a property. Exhibit No. 7 is the drone policy in effect in June 2022.

      The Exhibits which are Permit Sonoma business records or prepared by me are:

Exhibit 1:    Photographs of cannabis cultivation at 4656 Arlington Ave, Santa Rosa, CA; taken on June 1, 2022.

Exhibit 2:    "Comments" note by Todd Hoffman for June 1, 2022 inspection of 4656 Arlington Ave., Santa Rosa,

Exhibit 3:    Google Earth image with notations for drone flight on June 1, 2022. Prepared by me to illustrate the starting point for that flight, the route taken, and the location of the photographs of 4656 Arlington Ave.

Exhibit 7:    Permit Sonoma UAS (drone) policy in effect in June 2022.

Exhibit 8:    "Comments" note by Todd Hoffman for March through July 2022 including a consent status inspection of 4640 Arlington Ave., Santa Rosa on July 8, 2022. "Comments" notes by Todd Hoffman for March 2023, pertaining to 4640 Arlington Ave.

Exhibit 9:    Statement of Decision and Administrative Order pertaining to 4640 Arlington Ave., dated 2-11-2021.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 10th, 2026 in Santa Rosa, California.

_____
Jesse Cablk