ROBERT H. PITTMAN #172154
County Counsel
MICHAEL A. KING #77014
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403
Telephone: (707) 565-2421
Facsimile: (707) 565-2624
E-mail: michael.king@sonoma-county.org

Attorneys for Defendants
COUNTY OF SONOMA, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, a municipal corporation; TODD HOFFMAN, in his individual and official capacities; JESSE CABLK, in his individual and official capacities;<br><br>Defendants.<br>_____/ | **Case No. 4:23-cv-01007**<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION NUMBER 2; TO CONTINUE PRE-TRIAL DEADLINE TO HEAR DISPOSITIVE MOTION** |

TO PLAINTIFF RONALD CUPP AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Defendants move this Court to continue the Dispositive Motion Hearing Deadline for Defendants to May 22, 2026, due to the dates presently available for the Honorable Jon S. Tigar.

This request is based on the following:

1) Defendant has attempted to comply with the original Scheduling Order (Dkt. No. 79); but was unable to obtain discovery from Plaintiff. See Order of the Honorable Robert M. Illman compelling discovery, filed 2/25/26. (Dkt. No. 106.)

2) Prior to receipt of that Order; Defendants moved the Court to continue Pre-Trial Deadlines. This Court allowed Defendants to have until April 23, 2026 for hearing of any terminating motion. (Dkt. Nos. 101 and 103.)

3) Plaintiff Ronald Cupp was produced for deposition on March 9, 2026, and the expedited transcript was received on March 11, 2026.

4) The Motion for Summary Judgment (Rule 56) was completed and filed on March 11, 2026. The first available date for hearing of the motion by this Court is May 21, 2026. This fact was not capable of being known when Defendants requested the 2 week continuance of the terminating motion hearing date on January 26, 2026.

There is still discovery outstanding, but the terminating motion is capable of being heard based upon what information is available.

## I.   DEFENDANTS HAVE MADE EVERY EFFORT TO COMPLY WITH COURT PROCEDURES AND DEADLINES

As shown in the prior Motion to Continue Pre-Trial Deadlines, Defendants attempted to obtain discovery last Fall, and comply with all the original deadlines. The Court's record is clear that efforts to comply with Court Rules regarding informal resolution were made by Defendants. Even with an agreed procedure for a Joint Discovery Letter, a Motion to Compel Discovery was necessary, and more time passed.

When the prior Administrative Motion was filed in January 2026, requesting an extension of 2 weeks for hearing of the terminating motion, Defendants still were hoping to have necessary discovery to file the motion in February. The Motion to Compel resulting in Judge Illman's Order was necessary instead.

Defendants were not able to complete their Motion for Summary Judgment any earlier than March 11, 2026 when they received the expedited transcript of the first volume of Plaintiff Ronald Cupp's deposition taken on March 9, 2026. At that time, Defendants learned from Judge Tigar's webpage that the first available motion date is May 21, 2026.

II. **DEFENDANTS REQUEST, IN THE ALTERNATIVE, THAT THIS COURT ADVANCE THE MOTION FOR SUMMARY JUDGMENT TO A DATE PRIOR TO APRIL 24, 2026.**

The other alternative requested by Defendants under the circumstances, would be to have the Motion for Summary Judgment heard on a date within the present time frame of the prior Order - a date that is not later than April 23, 2026.

County Defendants respectfully request that the Court consider these alternatives to allow the Motion for Summary Judgment to be heard.  It is reasonably likely that all or some of the remaining claims will be dismissed, and Judgment will be granted.

Dated:  March 11, 2026                    ROBERT H. PITTMAN, County Counsel


                                          By:  /s/ *Michael A. King*
                                               Michael A. King
                                               Deputy County Counsel
                                               Attorneys for County Defendants