UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD CUPP,

Plaintiff,

v.

COUNTY OF SONOMA, et al.,

Defendants.

Case No. 23-cv-01007-JST

**ORDER TO SHOW CAUSE RE: FAILURE TO FILE OPPOSITION**

Re: ECF No. 107

Defendants filed a motion for summary judgment on March 11, 2026. ECF No. 107. The deadline to file an opposition passed, and no opposition has been filed. Nor has Plaintiff filed the statement of nonopposition that is required when "the party against whom the motion is directed does not oppose the motion." Civil L.R. 7-3(b). Within 14 days of the date of this order, Plaintiff shall file either a written response showing cause as to why a timely opposition was not filed or a statement of non-opposition to the motion.

This order does not constitute permission to file a late opposition.

The deadline to file a reply brief is vacated, as is the hearing currently set for May 21, 2026. The Court will schedule a new reply deadline and hearing date if necessary. The Court will also adjust the trial and pretrial dates if necessary.

If Plaintiff does not file a timely response to this order to show cause, the Court may consider the motion for summary judgment as unopposed or dismiss this case for failure to

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated:  May 1, 2026

_____
JON S. TIGAR
United States District Judge